**Mario A. MOLINA, Appellant,**

v.

**Peggy J. Huggins NOROSKY, Appellee.**

No. 3072.

Municipal Court of Appeals for the District of Columbia.

Argued Sept. 24, 1962.

Decided Oct. 18, 1962.

King David, Washington, D. C., for appellant.

William T. Clague, Washington, D. C., with whom Francis C. O'Brien and Allan C. Swingle, Washington, D. C., were on the brief, for appellee.

Before HOOD, Chief Judge, QUINN, Associate Judge, and CAYTON (Chief Judge, Retired) sitting by designation under Code § 11–776(b).

PER CURIAM.

In this intersection collision case the trial court found for defendant, and plaintiff seeks reversal. On conflicting evidence the court could have found that defendant did not obey a stop sign, or could have found that plaintiff was driving at an excessive rate of speed and without giving proper attention to traffic conditions ahead of him. Plaintiff was by no means entitled to a finding as a matter of law.

Affirmed.